**Jeremy POINTER, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 76220.**

Missouri Court of Appeals, Western District.

Dec. 10, 2013.

Jeremy Pointer, Slater, MO, pro se, Appellant.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before Division II: MARK D. PFEIFFER, Presiding Judge, and JOSEPH M. ELLIS and VICTOR C. HOWARD, Judges.

### Order

PER CURIAM:

Jeremy Pointer appeals the decision of the Labor and Industrial Relations Commission finding that he was disqualified for receiving unemployment benefits because he was terminated for misconduct associated with his employment. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).